# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



IVAN VAZQUEZ-ALOMAR

      VS.                                **CIVIL NO.**  04-1363  **(JAF)**

UNITED STATES OF AMERICA

| DESCRIPTION OF MOTION |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. | |
| **- O R D E R -** |||
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 11, and no objection having been filed by Plaintiff, the court ADOPTS the Magistrate's Report. Judgment shall enter dismissing without prejudice the present action. |||
| **IT IS SO ORDERED.** |||

April 22, 2005                                     S/ José Antonio Fusté  
    Date                                                José Antonio Fusté  
                                                         Chief U.S. District Judge